3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

DAMOND CORTEZ JORDAN, Jr.

Defendant.

_____/

Violation:
18 U.S.C. § 922(g)(1)

Case: 2:25-cr-20315
Assigned To : Drain, Gershwin A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/6/2025
Description: IND USA V. JORDAN JR. (AB)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about April 16, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Damond Cortez Jordan, Jr., knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock 23, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Damond Cortez Jordan, Jr., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation of said offense, including but not limited to: one Glock 23, .40 caliber pistol and all related ammunition.

This is a True Bill

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Sara D. Woodward*
Sara D. Woodward
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Nhan Ho*
Nhan Ho
Assistant United States Attorney

Dated: May 6, 2025

2

Case: 2:25-cr-20315
Assigned To : Drain, Gershwin A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/6/2025
Description: IND USA V. JORDAN JR. (AB)

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)¹**: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** N.H |

**Case Title:** USA v. Damond Cortez Jordan Jr.

**County where offense occurred :** Wayne

**Check One:**    ☒ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [**Case number:** 25-mj-30243    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 6, 2025
Date

Nhan Ho
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9632
Nhan.Ho@usdoj.gov
P82793

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16